# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0642
_____

PHILLIP A. BENJAMIN,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


April 24, 2024


PER CURIAM.

The Court dismisses the petition alleging ineffective assistance of appellate counsel as untimely. *See* Fla. R. App. P. 9.141(d)(5).

B.L. THOMAS, RAY, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Phillip A. Benjamin, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.